UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAY SHAW, et al, ) | |
| ) | NO. CV-07-0375-LRS |
| Plaintiffs, ) | |
| ) | ORDER DENYING JOINT MOTION FOR |
| -vs- ) | PROTECTIVE ORDER |
| ) | |
| ASOTIN COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

BEFORE THE COURT is the parties' Joint Motion for Protective Order (Ct. Rec. 11) filed August 21, 2008 and noted without oral argument for August 26, 2008.[1]

The court has concerns about entering the proposed protective order which has the effect of providing a blanket prohibition to disclosure without consideration of whether the same is either appropriate or in the public interest as to all matters covered by the language of the stipulation. As the court was not involved in the formulation of the

---

[1]The Court construes the parties' intent to be a motion for entry of a stipulated protective order, although a memorandum in support of such motion was not filed pursuant to LR 7.0.

ORDER - 1

proposed joint protective order attached to the motion, it declines to be a party to it, although the parties may by stipulation agree to be bound by the terms which have been set forth therein.  Should a dispute arise concerning the confidentiality of a specific document or matter, the parties may move for court review and entry of a protective order at that time.

The court also notes that this case was filed November 21, 2007, and that no answers have been filed to date by any of the named defendants in this case.

The parties' joint motion for protective order, **Ct. Rec. 11**, filed August 21, 2008, is **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of September, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2