AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAY SHAW, as Personal Representative of the Estate of Tyler M. Shaw and in his individual capacity, ESTATE OF TYLER M. SHAW, LAURETTE SHAW, in her individual capacity,
        Plaintiffs,
v.

ASOTIN COUNTY, et. al.,
        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-0375-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs Jay Shaw, the Estate of Tyler M. Shaw and Laurette Shaw in the amount of $170,000.00 and against Defendants Asotin County, Asotin County Sheriff's Office, Wayne Weber, Robert Walling, Don Anderson, Misti Collins, Chris Bacon, Tom White, John Reed, Gary Snyder, Bonnie Albertsen, Arthur Musser, Scott Ridinger, and Dennis Mountjoy, M.D.

| | |
|---|---|
| June 25, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |